# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LOTUS INNOVATIONS, LLC, et al.,<br><br>Defendants | Case No.: 8:21-cv-1174-CJC-KES<br><br>**ORDER RE JOINT STIPULATION STAYING PROCEEDINGS** |

The Court, having considered the Stipulation Staying All Proceedings, and good cause appearing therefor hereby ORDERS as follows:

1. The case is STAYED until the Motion to Dismiss in the underlying lawsuit captioned *gen-E, LLC v. Lotus Innovations, LLC, et al.*, No. N19C-04-067-MMJ-CCLD (Super. Ct. Del.) (the "gen-E Action") is resolved.

1
STIPULATION STAYING ALL PROCEEDINGS

2. The parties shall provide an update to the Court regarding the status of the gen-E Action on or before January 31, 2022.

IT IS SO ORDERED.

Dated: October 22, 2021

_____
Hon. Cormac J. Carney
United States District Judge

Respectfully presented by:

Law Offices of Craig Missakian

__/s/Craig Missakian_____
Craig H. Missakian
Attorneys for Defendants